

**WRITER'S ADDRESS:**
**13400 Bishop's Lane**
**Suite 290**
**Brookfield, WI 53005**
**(262) 784-8984**
**(262) 784-8812 (Fax)**

Ericka C. Hammett
Email: hammett@litchfieldcavo.com

April 17, 2018

**VIA ECF**

Hon. G. Michael Halfenger
U.S. Bankruptcy Court
Eastern District of Wisconsin
517 E Wisconsin Avenue, Rm. 140
Milwaukee, WI 53202

Re: *Schulz v. Wells Fargo Bank, N.A.* (Adversary No. 17-02052-gmh)

Dear Judge Halfenger:

We represent defendant Wells Fargo Bank, N.A. in the above-captioned adversary proceeding. On March 24, 2018, Your Honor ordered "that on or before April 17, 2018, the plaintiff and defendant must individually or jointly file a proposed chart form that will present an understandable chronological accounting of payments made from the petition date to present." (ECF No. 28) Your Honor attached a proposed chart as guidance for the parties to create an acceptable accounting.

Wells Fargo will provide the information required in subs. (a) to (g) at page 2 of Your Honor's Order. However, since Wells Fargo does not have a procedure in place to provide the information in the format suggested by the Court, it is in the process of determining a feasible alternative presentation. As this process requires coordination and involvement of several different departments, Wells Fargo respectfully requests a one week extension of time to finalize and provide to the Court an alternate format.

Please do not hesitate to contact me with any questions of concerns.

Respectfully Submitted,
Litchfield Cavo LLP


s/ Ericka C. Hammett

Ericka C. Hammett


ECP/clf

Chicago ● Hartford ● Boston ● New York ● New Jersey ● Pittsburgh ● Philadelphia ● Houston
Los Angeles ● Fort Lauderdale ● Tampa ● Wisconsin ● West Virginia ● Salt Lake City ● Indiana ● St. Louis
Atlanta ● Providence ● Las Vegas ● Dallas-Fort Worth ● Louisiana

www.litchfieldcavo.com