THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 26, 2018



G. Michael Halfenger
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 13 |
| DATE: | April 24, 2018 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 2012-20328 |
| DEBTOR: | Timothy A. Schulz |
| ADV. PROC. NO.: | 2017-2052 |
| PLAINTIFF: | Timothy A. Schulz |
| DEFENDANT: | Wells Fargo Bank, N.A. |
| NATURE OF HEARING: | 1. Status hearing in Adv. Proc. No. 2017-2052 |
| | 2. Adjourned hearing on the objections to the debtor's motion to modify his plan filed by the trustee and The Bank of New York Mellon in Case No. 2012-20328 |
| APPEARANCES: | Jennifer Marchinowski, appearing for the chapter 13 trustee |
| | Christine Wolk, appearing for the debtor-plaintiff |
| | Ericka Hammett, appearing for the defendant |
| COURTROOM DEPUTY: | Sara Hackbarth |
| LAW CLERK: | Jessica Haskell |

On April 24, 2018, the court held a status hearing in adversary proceeding number 17-2052 and an adjourned hearing on the objections to the debtor's motion to modify his chapter 13 plan filed by the trustee and The Bank of New York Mellon. The audio of the hearing is posted on the docket.

Based on the record and for the reasons stated at the hearing,

IT IS ORDERED that on or before **August 22, 2018**, the defendant must file and serve on the defendant a completed chart substantially in the form of Exhibit A attached to the court's March 26, 2018 order, except for the fields labeled "Plaintiff Dispute" and "Defendant Response". The completed chart must provide a chronological accounting of payments made from the petition date to present.

IT IS FURTHER ORDERED that if the defendant does not file and serve the completed chart by August 22, **the court may enter a sanctions order, including but not limited to entry of a default judgment, in favor of the plaintiff.**

IT IS FURTHER ORDERED that the court will hold a status conference in adversary proceeding number 17-2052 and an adjourned hearing on the objections to the debtor's motion to modify his chapter 13 plan on **September 11, 2018, at 1:00 p.m.** The parties may appear by telephone. To appear by telephone, you must call the court conference line at 1-888-684-8852, and enter access code 7183566 before the scheduled hearing time. **Parties and/or their counsel not involved in the adversary proceeding do not need to appear.**

#####