# LAW OFFICE OF CHRISTINE WOLK
## 128 State Street
## P.O. Box 1336
## Oshkosh, Wisconsin 54903-1336
920.233-2500 x 3
Fax: 920.236-3308
debtbuster@prodigy.net


August 15, 2019


Hon. G. Michael Halfenger
US Bankruptcy Court
517 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202

                              Re:     Schulz v. Wells Fargo Bank, N.A.
                                         Adv. Case # 17-2052-gmh

Dear Judge Halfenger,

      Mediation was held in this case on June 27, 2019 with Judge Perhach. Mediation was successful, but, the settlement memorandum had to be re-negotiated post-mediation due to a shared misunderstanding on a tax issue. That issue has now been resolved.

      The final settlement agreement has been drafted and is in its final stages of editing. We anticipate that all parties will sign the agreement within the next two weeks. The case will be dismissed when funds to be paid under the agreement have been paid. That payment is to be made within 30 days of the agreement's execution and compliance with certain other final terms.

      As a result of this settlement, the status conference now scheduled for August 19, 2019 is not necessary and we request that it be canceled.

      Thank you.

Dated: August 15, 2019



/s/ Christine Wolk
_____

Christine Wolk
Attorney for the Plaintiff
Timothy Schulz

/s/ Ericka Hammett
_____

Ericka Hammett
Attorney for the Defendant,
Wells Fargo Bank, N.A.